# IN THE SUPREME COURT OF PENNSYLVANIA

IN THE MATTER OF : No. 2317 Disciplinary Docket No. 3

                                  :

ROBERT CRAIG ATTIG : No. 125 DB 2013

                                  :

                                  : Attorney Registration No. 200894

                                  :

                                  : (Philadelphia)

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of February, 2018, on certification by the Disciplinary Board that Robert Craig Attig, who was suspended for a period of one year, has filed a verified statement showing compliance with the Order of Suspension and Pa.R.D.E. 217, and there being no other outstanding order of suspension or disbarment, Robert Craig Attig shall resume active status.